UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

SHEILA LONG, *et al.*,

                Plaintiffs,

      -against-

MTN GROUP LIMITED, MTN IRANCELL, MTN DUBAI LIMITED, ZTE CORPORATION, ZTE (USA) INC., ZTE (TX) INC., HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE USA INC., FUTUREWEI TECHNOLOGIES, INC., and SKYCOM TECH CO., LTD.,

                Defendants.

-------------------------------------------------------

CASE NO. 1:23-cv-05705-CBA-VMS

**CORPORATE DISCLOSURE STATEMENTS OF DEFENDANTS HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE USA INC., AND FUTUREWEI TECHNOLOGIES, INC.**

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Huawei Technologies USA Inc., Huawei Device USA Inc., and Futurewei Technologies, Inc. disclose the following:

Defendants Huawei Technologies USA Inc. ("HTU") and Huawei Device USA Inc. ("HDUSA") adopted plans of dissolution effective January 16, 2023.[1]  Before dissolution, HTU was a wholly owned subsidiary of Huawei Technologies Coöperatief U.A., and HDUSA was a wholly owned subsidiary of Huawei Device (Hong Kong) Co., Ltd.  No publicly held company owned 10% or more of HTU's or HDUSA's stock.

Defendant Futurewei Technologies, Inc. ("Futurewei") is a wholly owned subsidiary of

---

[1] See *Huawei Technologies USA, Inc. and Huawei Device USA, Inc.*, Epiq, https://dm.epiq11.com/case/htuhdu/info.

Huawei Technologies Coöperatief U.A.  No publicly held company owns 10% or more of Futurewei's stock.

Dated: August 5, 2024                    Respectfully submitted,

                                         JONES DAY


                                         By: */s/ Steven T. Cottreau*
                                             Steven T. Cottreau, No. 830194
                                             scottreau@jonesday.com
                                             James E. Gauch (*pro hac vice*)
                                             jegauch@jonesday.com
                                             51 Louisiana Avenue, N.W.
                                             Washington, DC 20001.2113
                                             Telephone: +1.202.879.3939
                                             Facsimile: +1.202.626.1700


                                         Attorneys for Defendants

                                         HUAWEI TECHNOLOGIES USA INC.,
                                         HUAWEI DEVICE USA INC., and
                                         FUTUREWEI TECHNOLOGIES, INC.