UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEILA LONG, ET AL., <br><br>         PLAINTIFFS, <br><br> v. <br><br> MTN GROUP LIMITED, ET AL., <br><br>         DEFENDANTS. | Case No. 1:23-cv-05705-CBA-VMS |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, on July 28, 2023, Plaintiffs commenced the above-captioned action ("this Action" or the "*Long* Action") by filing their Complaint for Violation of the Anti-Terrorism Act [ECF No. 1] (the "Complaint"); and

**WHEREAS**, the Complaint names as defendants, *inter alia*, MTN Group Limited ("MTN Group") and MTN (Dubai) Limited ("MTN Dubai," and with MTN Group, the "MTN Defendants"); and

**WHEREAS**, Plaintiffs claim that the MTN Defendants are liable under aiding-and-abetting and conspiracy theories of liability pursuant to the U.S. Anti-Terrorism Act (18 U.S.C. § 2333(d)) (the "ATA"), as amended by the Justice Against Sponsors of Terrorism Act, based on alleged conduct that is substantively similar to conduct alleged against the MTN Defendants in a related case before this Court, *Zobay v. MTN Group Limited*, No. 1:21-cv-03503 (E.D.N.Y.) (*"Zobay* Action"); and

**WHEREAS**, on September 28, 2023, the Court in the *Zobay* Action issued a Memorandum & Order that dismissed all claims against MTN Dubai for lack of personal jurisdiction, dismissed Counts Two (conspiracy liability) and Three (aiding and abetting a criminal enterprise in Afghanistan) against MTN Group for failure to state a claim, and allowed Count One, alleging

- 1 -

aiding-and-abetting liability, to proceed against MTN Group. *See Zobay* Action, ECF No. 129 (the "*Zobay* September 2023 Order"); and

**WHEREAS**, on November 13, 2023, the plaintiffs in the *Zobay* Action filed a second amended complaint, the primary purpose of which was to add a new Count Four that asserted aiding-and-abetting liability against MTN Group arising from alleged injuries to certain *Zobay* plaintiffs in Afghanistan; and

**WHEREAS**, on September 16, 2024, the Court in the *Zobay* Action issued another Memorandum & Order that denied MTN Group's motion to dismiss Count Four of the second amended complaint. *See Zobay* Action, ECF No. 178 (collectively with the *Zobay* September 2023 Order, the "*Zobay* Orders"); and

**WHEREAS**, on October 7, 2024, Plaintiffs and the MTN Defendants entered into a stipulation and proposed order (the "October 2024 Stipulation") to provide a streamlined procedure to promote the efficient resolution of related actions by, among other things, agreeing that: (i) the parties' respective arguments regarding the MTN Defendants' two motions to dismiss in the *Zobay* Action were incorporated fully in the *Long* Action, shall be treated as having been made as to the Complaint in the *Long* Action, and were preserved with respect to any further proceedings, including any appeal, in the *Long* Action; and (ii) the Court's *Zobay* Orders shall be treated as if they were rendered with respect to the Complaint for all purposes, meaning that all of the Complaint's claims (Counts One through Three) against MTN Dubai are dismissed and Counts Two and Three are also dismissed as against MTN Group, effective as of the date that the Court entered the October 2024 Stipulation; and

**WHEREAS**, the Court entered the October 2024 Stipulation on October 15, 2024 [ECF No. 47] (as so-ordered, the "October 2024 Order"); and

**WHEREAS**, MTN Group filed a motion to dismiss the claims asserted by Matthew Schrier in the *Long* Action, none of which were addressed by the Court's *Zobay* Orders; and

**WHEREAS**, on December 3, 2024, MTN Group served Plaintiffs with MTN Group's motion to dismiss the Complaint as to Matthew Schrier's claims (the *Long* Motion to Dismiss), briefing of which was completed and filed with the Court on January 16, 2025; and

**WHEREAS**, on September 25, 2025, the Court granted the *Long* Motion to Dismiss in its entirety, thereby dismissing all claims brought by plaintiff Matthew Schrier; and

**WHEREAS**, the October 2024 Order provided that MTN Group's time to answer the Complaint on all grounds will remain stayed until the Court decides the *Long* Motion to Dismiss, after which the parties were to confer on a deadline for the filing of MTN Group's answer and to submit their proposal or proposals to the Court for approval; and

**WHEREAS**, Plaintiffs and MTN Group have conferred regarding the deadline for the filing of MTN Group's answer to the Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, by and between the undersigned counsel for Plaintiffs and the MTN Defendants, that:

1. MTN Group's deadline to answer the Complaint shall be sixty (60) days after the Court resolves MTN Group's pending motion for certification for interlocutory appeal in the *Zobay* Action, which is the same deadline the Court set for MTN Group's answer in the *Zobay* Action.

2. Consistent with Paragraphs 8 and 9 of the October 2024 Order, the foregoing extension of MTN Group's time to answer the Complaint in this Action shall not delay discovery in this Action or have any bearing or impact on discovery or any discovery schedule in the *Zobay* Action.

3. Nothing in this Stipulation and [Proposed] Order shall have any bearing on Plaintiffs' claims against any defendant named in the *Long* Action other than the MTN Defendants.

Dated: October 17, 2025

Respectfully submitted,

**FRESHFIELDS US LLP**

/s/ *Timothy P. Harkness*
Timothy P. Harkness
Kimberly H. Zelnick
Peter J. Linken
Freshfields US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: 212.277.4000
timothy.harkness@freshfields.com
kimberly.zelnick@freshfields.com
peter.linken@freshfields.com

**COVINGTON & BURLING LLP**

David M. Zionts (admitted *pro hac vice*)
Covington & Burling LLP
One City Center
850 Tenth Street N.W.
Washington, DC 20001
Telephone: 202.662.5987
dzionts@cov.com

Micaela R.H. McMurrough
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001
Telephone: 212.841.1000
mmcmurrough@cov.com

*Counsel for Defendants MTN Group Limited and MTN (Dubai) Limited*

**SPARACINO PLLC**

/s/ *Adam J. Goldstein*
Adam Goldstein
Eli J. Kay-Oliphant
Geoffrey P. Eaton
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, DC 20036
Telephone: 202.629.3530
adam.goldstein@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com
geoff.eaton@sparacinopllc.com

*Counsel for Plaintiffs*

SO ORDERED:
s/Carol Bagley Amon
Hon. Carol Bagley Amon
United States District Judge
Date: Oct. 21, 2025